**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Wilbert J. Franklin, Appellant.

Appellate Case No. 2015-002437

---

Appeal From Sumter County
Maite Murphy, Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-218
Submitted April 1, 2017 – Filed May 24, 2017

---

**APPEAL DISMISSED**

---

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Ernest Adolphus Finney, III, of Sumter for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.